UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23802-CIV-MIDDLEBROOKS/BRANNON

ARRIVALSTAR S.A., *et al.*,
    Plaintiffs,

v.

ECHO GLOBAL LOGISTICS.,
    Defendant.
_____/

## ORDER ACCEPTING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 10) ("Notice"), filed on January 11, 2013. I have reviewed the Notice and am otherwise fully advised in the premises. Plaintiffs filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure before Defendant served an Answer or filed a Motion for Summary Judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Notice of Voluntary Dismissal with Prejudice (DE 10) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**;
2. Each Party shall bear her or its own attorneys' fees and costs; and
3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _11_ day of January, 2013.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record